NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000442
16-JUL-2014
08:49 AM

NO. CAAP-14-0000442

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
JOSEPH LEDBETTER, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DTA-11-03926)

ORDER GRANTING THE JULY 2, 2014
MOTION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of "Appellant Joseph Ledbetter's Motion for Dismissal of Appeal," filed on July 2, 2014, by Defendant-Appellant Joseph Ledbetter, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, July 16, 2014.

Chief Judge

Associate Judge

Associate Judge